UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO J. LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY JAIL, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00568-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On January 25, 2021, Plaintiff, who is currently in custody at Lake County Jail, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed *in forma pauperis* application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed, and Plaintiff has neither paid the filing fee, returned a completed *in forma pauperis application*, nor otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: March 12, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge